UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBRA SHIPPING PTE LTD.,                    :    08 CV 6247 (AKH)
                                            :
                Plaintiff,                  :
                                            :    **NOTICE OF**
        - against -                         :    **RESTRICTED APPEARANCE**
                                            :
DUCK MARITIME CORP.,                        :
                                            :
                Defendant.                  :
------------------------------------------------------------X

      The Defendant, DUCK MARITIME CORP., by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rules E(4)(f) and E(8) in this action for the purpose of seeking to vacate the Ex Parte Order dated July 10, 2008, or alternatively, modifying the Ex Parte Order and/or for security on counterclaim(s) under Rule (E(7).

Dated: August 7, 2008
       New York, NY

                                        LENNON, MURPHY & LENNON, LLC
                                        *Attorneys for* DUCK MARITIME CORP.

                By:    _____
                                 Kevin J. Lennon
                                 The GrayBar Building
                                 420 Lexington Avenue, Suite 300
                                 New York, NY 10170
                                 (212) 490-6050 - phone
                                 (212) 490-6070 - facsimile
                                 kjl@lenmur.com

**CERTIFICATION OF SERVICE**

I hereby certify that on August 7, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon

2