UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBRA SHIPPING PTE LTD.            :
                                   :
                Plaintiff,         :        08 CV 6247 (AKH)
                                   :
    - against -                    :        ECF CASE
                                   :
DUCK MARITIME CORP.,               :
                                   :
                Defendant.         :
------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant:    NONE.

Dated: August 7, 2008
       New York, NY

                                    The Plaintiff,
                                    DUCK MARITIME CORP.

                                    By: /s/ Kevin J. Lennon
                                        Kevin J. Lennon

                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    phone (212) 490-6050
                                    facsimile (212) 490-6070
                                    kjl@lenmur.com